UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kenneth W. Sheely, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:15-cv-547 UNA |
| | ) |
| Gear/Tronics Industries Incorporated, et al., | ) |
| Defendants. | ) |

## ORDER

The above styled and numbered case was filed on March 27, 2015.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and randomly assigned to the Honorable Stephen N. Limbaugh,Jr., United States District Judge, under cause number 1:15-cv-00048.

**IT IS FURTHER ORDERED** that cause number 4:15-cv-547 UNA be administratively closed.

GREGORY J. LINHARES,
CLERK OF COURT

Dated: March 30, 2015     By: /s/ Michele Crayton
                              Deputy In Charge

**In all future documents filed with the Court, please use the following case number 1:15-cv-00048 SNLJ.**