UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KENNETH W. SHEELY and <br> DEBORAH SHEELY, <br><br> Plaintiffs, <br><br> vs. <br><br> GEAR/TRONICS INDUSTRIES <br> INCORPORATED and GEARTRONICS <br> INDUSTRIES INCORPORATED, <br><br> Defendants. | Case No. 1:15-cv-00048 SNLJ |

## ORDER OF DISMISSAL

This matter comes before the Court on defendants' motion to dismiss. In accordance with the Memorandum and Order filed contemporaneously with this Order of Dismissal and incorporated herein,

**IT IS HEREBY ORDERED** that defendant' motion to dismiss (ECF #11) is **GRANTED**.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that plaintiffs' action against defendants is **DISMISSED**.

Dated this 19th day of August, 2015.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE